**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

MAGISTRATE JUDGE

06-60046 CR-UNGARO-BENAGES          O'SULLIVAN

46 U.S.C. App. § 1903(a)

UNITED STATES OF AMERICA

vs.

MICHAEL REED,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about February 8, 2006, while on board a vessel of the United States, with Broward County, in the Southern District of Florida, being the point of entry where the defendant entered the United States, the defendant,

**MICHAEL REED,**

citizen of the United States, did knowingly and intentionally possess with intent to distribute a controlled substance, in violation of Title 46, United States Code Appendix, Sections 1903(a) and 1903(g) and Title 21, United States Code, Section 960.

Pursuant to Title 21, United States Code, Section 960(b)(1)(B), it is further alleged that the controlled substance consisted of five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine.

## CRIMINAL FORFEITURE

a.       The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of certain property in which the defendant has an interest, pursuant to Title 46, United States Code Appendix, Section 1904, as incorporated by 28 U.S.C. § 2461(c) and the procedures outlined at 21 U.S.C. § 853.

b.       Upon conviction of any of the violations alleged in this Indictment, the defendant, MICHAEL REED, shall forfeit to the United States any property constituting or derived from any proceeds which the defendant obtained, directly or indirectly, as the result of such violation, and any property which the defendant used, or intended to use, in any manner or part to commit or to facilitate the commission of such violation including, but not limited to, a 1988 43-feet Wellcraft cabin cruiser, bearing VIN WELC3975J788 and Document number D0968505.

c.  If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant,

(1)      cannot be located upon the exercise of due diligence;

(2)      has been transferred or sold to, or deposited with a third person;

(3)      has been placed beyond the jurisdiction of the Court;

(4)      has been substantially diminished in value; or

(5)      has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 46, United States Code Appendix, Section 1904(a), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section

2

853(p) to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property and, in addition, to require the defendant to return any such property to the jurisdiction of the court for seizure and forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

_____
ROBIN W. WAUGH
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES OF AMERICA          CASE NO. _____

VS.                                          _____

MICHAEL REED,                     **CERTIFICATE OF TRIAL ATTORNEY***

            **Defendant.**         **Superseding Case Information**:
_____/
**Court Division**: (Select One)      New Defendant(s)          Yes ____     No ____
                                     Number of New Defendants      ____
___ Miami   ___ Key West           Total number of counts         ____
_X_ FTL   ___ WPB ___ FTP

      I do hereby certify that:

1.    I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.    I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.    Interpreter:   (Yes or No)       NO _____
      List language and/or dialect     _____

4.    This case will take   _3_   days for the parties to try.

5.    Please check appropriate category and type of offense listed below:
      (Check only one)                          (Check only one)

I     0 to 5 days          _X_        Petty        _____
II    6 to 10 days         _____     Minor        _____
III   11 to 20 days        _____     Misdem.      _____
IV    21 to 60 days        _____     Felony       _X_
V     61 days and over     _____

6.    Has this case been previously filed in this District Court? (Yes or No)     _NO_
If yes:
Judge: _____       Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?   (Yes or No) _Yes_____
If yes:
Magistrate Case No.   06-6050-LSS _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of   February 8, 2006 _____
Defendant(s) in state custody as of   _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No) _NO_____

7.    Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  ___ Yes  _X_  No

8.    Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_  No
      If yes, was it pending in the Central Region? ___ Yes ___ No

9.    Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to  October 14, 2003?  ___ Yes  _X_ No

10.   Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003 ?          ___ Yes  _X_ No

                                    _____
                                    ROBIN W. WAUGH
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Florida Bar No. 537837

Penalty Sheet(s) attached                               REV.1/14/04

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name:   MICHAEL REED                    No.: 06-6050-LSS

Magistrate Case No.:

**Count #: 1**

Possession with Intent to Distribute Cocaine

Title 46, United States Code, Section 1903(a) (g) and Title 21, United States Code, Section 960(b)(1)(B)

*Max. Penalty: Minimum 10 years' but not more than Life; and $4,000,000 fine; followed by a term of no less than 5 years supervised release

**Count #:2**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

**Count #:**

*Max. Penalty:

1 of 1

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

**No**.

# UNITED STATES DISTRICT COURT

Southern         *District of*        Florida

*Central Criminal Division*

# THE UNITED STATES OF AMERICA

*vs.*

MICHAEL REED

## INDICTMENT

46 U.S.C. § 1903(a)

06-60046

CR - UNGARO - BENAGES

A true bill.

_____
Foreperson

MAGISTRATE JUDGE
O'SULLIVAN

*Filed in open court this* _____ *day,*

*of* _____ *, A.D.* 20 _____

_____
**Clerk**

*Bail.*  $ _____