UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60046-CR-Ungaro-Benages/O'Sullivan

**NIGHT BOX**
**FILED**



UNITED STATES OF AMERICA

v.

MICHAEL REED,

     Defendant.
_____/

## UNITED STATES' RESPONSE TO THE STANDING DISCOVERY ORDER

The United States files this response to the Standing Discovery Order issued in this case. This response is numbered to correspond to that Order.

A.    1.    There are no written or recorded statements made by the defendant(s).

2.    That portion of a written record containing the substance of any relevant oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent is attached hereto.

3.    No defendant testified before the Grand Jury.

4.    The NCIC record of the defendant, if any exists, is attached hereto.

5.    Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant may be inspected at the Office of the United States Attorney, 500 East Broward Blvd. 7th Floor, Fort Lauderdale, FL 33394. The undersigned will tentatively set the date for March 3, 3006 at 2:00 pm at the above address. Please call the undersigned with 48 hours notice if you intend to review the evidence at this date and time. If this date and time is not convenient, please contact the undersigned to set up a date and time that is mutually convenient.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, etc., that the government intends to introduce at trial.

6.      A laboratory analysis of the substance seized in connection with this case will be made available to you upon receipt by this office.

B.      DEMAND FOR RECIPROCAL DISCOVERY The United States requests the disclosure and production of materials enumerated as items 1, 2 and 3 of Section B of the Standing Discovery Order.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.      The government is unaware of any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady.

D.      The government is unaware of any payments, promises of immunity, leniency, or preferential treatment, made to prospective government witnesses, within the scope of Giglio or Napue.

E.      The government is unaware of any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F.      No defendant was identified in a lineup, show up, photo spread or similar identification proceedings.

G.      The government has advised its agents and officers involved in this case to preserve all rough notes.

H.      The government will advise the defendant prior to trial of its intent, if any, to introduce during its case in chief proof of evidence pursuant to F.R.E. 404(b).  You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

        In addition, the government may introduce under Rule 404(b) evidence of the defendant's past criminal activity that has resulted in arrests and/or convictions.

I.      The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any electronic surveillance.

J.      The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause.

K.      Other than the drug evidence seized, no other contraband is involved in

2

this indictment.

The government will, upon request, deliver to any chemist selected by the defense, who is presently registered with the Attorney General in compliance with 21 U.S.C. § 822 and § 823, and 21 C.F.R. § 101.22(8), a sufficient representative sample of any alleged contraband which is the subject of this indictment, to allow independent chemical analysis of such sample.

If there is no response within ten (10) days from the date of the Certificate of Service attached hereto, the bulk of the contraband/narcotics will be destroyed. As usual, random samples have been set aside to be used as evidence at trial.

L.        If you wish to inspect the Welcraft vessel used in the commission of the offense charged, please contact the undersigned.

Security requirements mandate strict compliance with the procedures established for the granting of access for inspection of seized vessels, aircraft and vehicles.

Accordingly, the United States Attorney's Office cannot process last-minute requests for inspection. In order to meet security requirements, all requests to inspect seized vessels, aircraft or automobiles must be received by the undersigned on or before fifteen (15) days from the date of the Certificate of Service attached hereto.

If you anticipate that this deadline may create a problem for you or your client, please notify promptly the undersigned.

M.        The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

In addition to the request made above by the government pursuant to both Section B of the Standing Discovery Order and Rule 16(b) of the Federal Rules of Criminal Procedure, in accordance with Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands Notice of Alibi defense; the approximate time, date, and place of the offense was:

3

Time: See Indictment
Date: See Indictment
Place: See Indictment

The attached documents consist of 0001 - _____0094_____ consecutively numbered pages. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: _____
ROBIN WAUGH-FARRETTA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0537837
500 East Broward Blvd. 7th Flr.
Fort Lauderdale, Florida 33394
954.356.7255
954.356.7336 Facsimile

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by U.S. mail this 23rd day of February 2006, to Ms. Chantal Doakes, Assistant Federal Public Defender, Federal Public Defender's Office, 1 East Broward Boulevard, Suite 1100, Fort Lauderdale, Florida 33301.

ROBIN WAUGH-FARRETTA
ASSISTANT UNITED STATES ATTORNEY