# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:   MICHAEL REED (J)#

AUSA:   Robin Waugh / *Julia Vaglienti*

AGENT:

CASE NO:   06- 60046-CR-UUB

ATTY:   FPD / *Chantale Doake*

VIOL:

PROCEEDING:   ARRAIGNMENT

RECOMMENDED BOND:

BOND HEARING HELD - yes / no

COUNSEL APPOINTED:

BOND SET @:

To be cosigned by:

FILED by _____ D.C.
INTAKE

FEB 2 ? 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD

❑   Do not violate any law.

❑   Appear in court as directed.

❑   Surrender and / or do not obtain passports / travel documents.

❑   Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.

❑   Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.

❑   Maintain or seek full - time employment.

❑   No contact with victims / witnesses.

❑   No firearms.

❑   Curfew: _____.

❑   Travel extended to: _____.

❑   Halfway House _____.

✓

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE:   2-24-06   TIME:   11:00am   FTL/LSS TAPE # 06 008   Begin: 1255   End: 1290 2

