UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO:06-60046-CR-UUB

FILED by INTAKE _____ D.C.

FEB 2 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA

v

MICHAEL REED

ARRAIGNMENT INFORMATION SHEET

The above named defendant appeared before Magistrate Judge Lurana S. Snow on , where the defendant was arraigned and a plea of NOT GUILTY was entered.  Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:            Address: in custody _____

_____

_____

DEFENSE COUNSEL:     Name: FPD _____

Address: _____

_____

Telephone: _____

BOND SET / CONTINUED:   $ ____ Cont'd in custody _____

Bond hearing held:  yes_____   no_____ Bond/PTD hearing set for _____

Dated this 24th day of February , 2006.

CLARENCE MADDOX, ADMINISTRATOR/CLERK OF COURT

By: _____
                    Deputy Clerk

Tape No. 06-008 _____

cc: Copy for Judge
    U. S. Attorney