UNITED STATES OF AMERICA

vs.                                          CASE NO. _06-60046_
                                                     CR- U.U.B.
M.chael Reed

                                             CHARGE OF PLEA

On _3/21/06_ the above named defendant appeared in
person before the Honorable _UNGARO-BENAGES_ United States
District Judge/Magistrate, with _Chantel Dockes_
counsel appointed by the Court/retained by the defendant, and said
defendant stated in open court that _he_ desired to withdraw
plea of not guilty heretofore entered and desired to enter a plea
of guilty to Count(s) _One of Forfeiture_
of the Indictment/Information.

After the defendant was duly sworn, the Court made inquiry as
to guilt.  The Court, being satisfied there was a factual basis for
the plea, accepted the plea of guilty and found the defendant
guilty as charged.  Whereupon:

( )     The Court proceeded to pronounce sentence. (See J&C)

(✓)     The Court postponed sentencing until _____
_5/31/06 @ 9:30 A_

( )     The defendant being allowed to remain on bond until
sentencing.

( )     The defendant being remanded to the custody of the
Marshal until a _____ bond in the amount
of $_____ is approved and posted.

( )     The defendant being remanded to the custody of the
Marshal awaiting sentencing.

The U.S. Attorney announced Count(s) _____
would be dismissed on the government's motion at sentencing.

Judge _____
Reporter_____
Courtroom Dov.