FILED by _____ D.C
DKTG

APR 1 0 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60046-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL REED,

        Defendant.

_____/

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant, Michael Reed (hereinafter referred to as "defendant"):

1.      On or about February 16, 2006, a federal grand jury in the Southern District of Florida returned a one-count Indictment against the defendant, Michael Reed ("defendant") which charged the defendant with, entering the United States of America on a vessel, and knowingly and intentionally possessing with intent to distribute a controlled substance consisting of five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960, and Title 46, United States Code, Appendix, Section 1903(a)&(g).

2.      On or about March 22, 2006, the defendant entered before the Court a guilty plea to Count 1 of the Indictment. In his verbal plea agreement before the Court, defendant consented to



the forfeiture allegations and agreed that he would forfeit to the United States any and all of his rights, title, and interest to One (1) 1988 43-feet Wellcraft Cabin Cruise, VIN No. WELC3975J788, Coast Guard Documentation No. # D0968505.

Therefore, in consideration of the Plea Agreement between the defendant and the United States, and upon motion of the United States and for good cause shown thereby, it is hereby.

**ORDERED and ADJUDGED** that:

1.       All rights, title and interest of defendant, Michael Reed, in One (1) 1988 43-feet Wellcraft Cabin Cruise, VIN No. WELC3975J788, Hull # D0968505, is hereby forfeited to the United States of America, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2).

2.       The Bureau of Immigration & Customs Enforcement, or any duly authorized law enforcement official, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to Title 21, United States Code, Section 853(g).

3.       The United States shall cause to be published at least once, in a newspaper of general circulation, notice of this Order as required by Title 21, United States Code, Section 853(n)(6). The notice shall state that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order, must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and that the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4.       The United States shall provide, to the extent practicable, direct written notice to any

2

person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

It is further ORDERED that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21 United States Code, Section 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then, pursuant to Title 21 United States Code, Section 853(n)(7), this Order shall be deemed a final order of forfeiture, and The Bureau of Immigration & Customs Enforcement or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

DONE AND ORDERED at Miami, Florida this ___6___ day of April, 2006.

HONORABLE URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc:   AUSA William H. Beckerleg, Jr.
      AUSA Robin Waugh-Farretta
      Chantel Doakes, Esq.