UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60046-CR-UNGARO-BENAGES

NIGHT BOX
FILED

APR 2 5 2006

CLARENCE MADDOX
CLERK USDC / SDFL / MIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL REED,

    Defendant.

_____/

**THIRD PARTY, KEYBANK NATIONAL ASSOCIATION'S PETITION ASSERTING
AN INTEREST IN PROPERTY TO BE FORFEITED IN RESPONSE TO
PRELIMINARY ORDER OF FORFEITURE AND REQUEST FOR ANCILLARY
<u>PROCEEDING</u>**

    KeyBank National Association ("Petitioner") through this Petition, seeks remission of and asserts its interest in one (1) 1988 43-foot Wellcraft Cabin Cruise, VIN WELC3975J788, Coast Guard Documentation No. D0968505 ("Collateral") pursuant to Title 21, United States Code, Section 853(n) and Rule 32.2(c) of the Federal Rules of Criminal Procedure. In support, Petitioner submits that:

    1.    Petitioner belongs to the group of financial institutions operating under a parent company called KeyCorp, headquartered in Cleveland, Ohio. KeyCorp is one of the largest bank-based financial services companies in the United States. More specifically, KeyCorp is one of the largest marine lenders in the country.



CASE NO. 06-60046-CR-UNGARO-BENAGES

2.      On July 11, 2005, Ms. Judy Miller[1] ("Record Owner") executed a Consumer Note, Installment Loan Note, Security Agreement and Disclosure Statement ("Note") through which Petitioner financed the purchase of the Collateral. A true and correct copy of the Note is attached hereto and incorporated as Exhibit "B."

3.      Petitioner financed $98,845.96 with interest accruing at 6.05% per annum.

4.      Under the terms of the Note, the Record Owner granted Petitioner a security interest in the Collateral ("Lien").

5.      Additionally, on July 11, 2005, Record Owner executed a Preferred Mortgage of Vessel with Petitioner as Mortgagee, which Petitioner duly filed with the National Vessel Documentation Center. A true and correct copy of the Preferred Mortgage is attached hereto and incorporated as Exhibit "C."

6.      On July 20, 2005, Petitioner's Preferred Mortgage of Vessel was filed with the Department of Homeland Security, U.S. Coast Guard. A true and correct copy of the Abstract of Title is attached hereto and incorporated as Exhibit "D."

7.      Under the terms of the Preferred Mortgage, in the event of default, Petitioner has an absolute right to take possession of the Collateral and sell it in satisfaction of the debt, interest, and reasonable expenses.

8.      Furthermore, Petitioner's Preferred Mortgage and perfected interest in the Collateral is superior to the Government's claim of interest as a result of forfeiture for violation of Federal Statutes. *See United States v. One 254 Foot Freighter, M/V Andoria*, 570 F.Supp. 413, 415 (E.D. La. 1983).

---

[1] Petitioner has since learned that the individual who secured financing for the Collateral, did so by stealing the identity and credit history of the true Judy Miller. Nonetheless, given the fact that Petitioner properly perfected its interest in the Collateral under the Commercial Instruments and Maritime Liens Act, the intervening fraud does not invalidate the Petition's Preferred Mortgage. A true and correct copy of the Uniform Affidavit for Identity Theft is attached hereto and incorporated as Exhibit "A."

CASE NO. 06-60046-CR-UNGARO-BENAGES

WHEREFORE, KeyBank National Association prays for an order declaring that KeyBank National Association is entitled to enforce its Preferred Mortgage of Vessel and take immediate possession of the 1988 43-foot Wellcraft Cabin Cruise, VIN WELC3975J788, Coast Guard Documentation No. D0968505 its engines, tackle, appurtenances and inventory.

Dated: April 25, 2006.

Respectfully submitted,

HOLLAND & KNIGHT LLP
Attorneys for KeyBank USA N.A.
701 Brickell Ave., Suite 3000
Miami, FL 33131
Tel: (305) 374-8500
Fax: (305) 789-7799

By: _____ for
Barbara Ehrich Locke
Florida Bar No. 660906
barbara.locke@hklaw.com
Cory V. Calmes
Florida Bar No. 0016429
cory.calmes@hklaw.com

CASE NO. 06-60046-CR-UNGARO-BENAGES

## VERIFICATION

STATE OF FLORIDA          )
                          ) ss.
COUNTY OF MIAMI-DADE)

Cory V. Calmes declares under oath, as follows:

1.      I am licensed to practice law in the State of Florida and in the United States District Court for the Southern District of Florida, and am one of the attorneys of record for KeyBank USA N.A. in this forfeiture action initiated by plaintiff.

2.      The source of my knowledge and grounds for my belief are based on a review of the pertinent pleadings and documents and discussions with representatives of KeyBank National Association with personal knowledge of the facts contained herein.

3.      KeyBank National Association has specifically authorized my firm to file this petition asserting its interest in the property which is the subject matter of this action.

4.      I make this verification on behalf of KeyBank National Association because none of its officers or directors is presently within the district.

_____
Cory V. Calmes

4

CASE NO. 06-60046-CR-UNGARO-BENAGES

STATE OF FLORIDA

COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, personally appeared Cory V. Calmes, to me personally known, who, being duly sworn, acknowledged on the 25TH day of April, 2006, that he executed the foregoing instrument for the purposes expressed therein.

JOYCE A. DOOLEY-RODRIGUEZ
MY COMMISSION # DD 244349
EXPIRES: October 2, 2007
Bonded Thru Notary Public Underwriters

Notary Name: _____
NOTARY PUBLIC STATE OF FLORIDA
Commission Number: _____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished by facsimile, (954) 356-7180, and by U.S. Mail on this 25TH day of April, 2006, to the United States Attorney for the Southern District of Florida, Bar No. A5500074, 500 E. Broward Blvd., Ft. Lauderdale, Florida 33394, Attn: William H. Beckerleg, Jr., Assistant United States Attorney.

Cory V. Calmes

# 3711510_v1

5

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

### CASE NO. *06-CR-60046-UUB*
### DE# *19*

☐   **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ ORIGINAL BANKRUPTCY TRANSCRIPT

☐ STATE COURT RECORD (Habeas Cases)

☐ SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☐ PHOTOGRAPHS

☒ POOR QUALITY (e.g. light print, dark print, etc.)

☐ SURETY BOND (original or letter of undertaking)

☐ CD's, DVD's, VHS Tapes, Cassette Tapes

☐ OTHER = _____