WB:cc

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

2006 MAY -8 PM 2: 27

CASE NO. 06-CR-60046-UNGARO-BENAGES
MAGISTRATE O'SULLIVAN

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

MICHAEL REED

       Defendant.

---

## STIPULATION OF SETTLEMENT AND DISMISSAL
## OF KEY BANK NATIONAL ASSOCIATION'S CLAIM

Plaintiff, the United States of America and Petitioner hereby stipulates and agree as follows:

1.     The United States and Key Bank National Association have entered into the instant Stipulation upon the terms indicated below for purposes of resolving this matter without further cost and risks of litigation. This stipulation relates to the vessel (One 1988-43 Wellcraft Cabin Cruise, VIN No. WELC3975J788, Hull #D0968505) subject of the Court's preliminary order of forfeiture, entered on April 10, 2006. (DE No. 18).

2.     The United States agrees to recognize Key Bank National Association as a third-party petitioner under 21 United States Code, Section 853(n)(6)(A), who acquired their legal right in the vessel described above on July 11, 2005, by virtue of a Consumer Note, Installment Loan Note, Security Agreement and Disclosure Statement ("Note") between Judy Miller and petitioner. Petitioner's rights in the vessel were superior to defendant's rights because they were vested in petitioner at the time. Defendant on February 8, 2006, used the vessel in violation of Count 1 of the Indictment in this case.

3.      Petitioner also obtained a Preferred Mortgage of Vessel executed from the record owner, Judy Miller[1].  The mortgage was recorded on July 20, 2005 with the United States Coast Guard.

4.      Under the terms of the Preferred Mortgage, in the event of default, Petitioner has the right to take possession of the vessel.

5.      The United States agrees to release the vessel in custody of the Immigration and Customs Enforcement, to Petitioner upon the entry of the order approving this stipulation and upon the Immigration and Customs Enforcement receipt of a check payable to EG & G Services for the amount due and owing ($6,800.50 as of May 15, 2006), for storage costs and expenses incurred by the Immigration and Customs Enforcement since their seizure of the vessel.

6.      Except for the enforcement of this Stipulation, Petitioner Key Bank National Association waives any and all claims and causes of action it has, had or will ever have against the United States, its agencies, agents and employees, relating in any way to the vessel, subject of this stipulation, the investigation, seizure and release of the vessel.

7.      Upon receiving the payment described in paragraph 5 of the stipulation, Key Bank National Association will be dismissed as a party to this action and have no further participation.

8.      Expect as provided herein, each party shall bear its own costs and attorney's fees.

---

[1]The person financing from petitioner did so by stealing the identity and credit history of the true Judy Miller.

9.      The Court shall retain jurisdiction for purpose of enforcing the terms and conditions of this Stipulation, if necessary.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:

WILLIAM H. BECKERLEG, JR.
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida   33394
Tel: (954) 356-7314 Ext. 3614
Fax: (954) 356-7180
Florida Bar No. A5500074

Holland & Knight, LLP
Attorney for  Key Bank National Association

BARBARA EHRICH LOCKE, ESQ.
c/o Holland & Knight , LLP
701 Brickell Avenue,
Suite 3000
Miami, Florida 33131
Tel: (305) 374-8500
Fax: (305) 789-7799
Florida Bar No. 660906

9.     The Court shall retain jurisdiction for purpose of enforcing the terms and conditions of this Stipulation, if necessary.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By:    _____
WILLIAM H. BECKERLEG, JR.
ASSISTANT UNITED STATES ATTORNEY
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida  33394
Tel: (954) 356-7314 Ext. 3614
Fax: (954) 356-7180
Florida Bar No. A5500074

Holland & Knight, LLP
Attorney for  Key Bank National Association

_____
BARBARA EHRICH LOCKE, ESQ.
c/o Holland & Knight , LLP
701 Brickell Avenue,
Suite 3000
Miami, Florida 33131
Tel: (305) 374-8500
Fax: (305) 789-7799
Florida Bar No. 660906

3