WB:cc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 06-CR-60046-UNGARO-BENAGES
MAGISTRATE O'SULLIVAN

FILED by _____ D.C
DKTG

MAY   9 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

MICHAEL REED

        Defendant.

---

## ORDER APPROVING STIPULATION OF SETTLEMENT

THIS CAUSE HAVING COME BEFORE THE Court on the Stipulation of Settlement filed by the United States of America and Petitioner, Key Bank National Association, and the Court being duly advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that:

1. The Court adopts, ratifies and confirms all the terms from the stipulation of settlement and dismissal.

2. All terms and conditions of the Stipulation of Settlement are incorporated by reference into this Order.

3. This stipulation relates to the vessel (One 1988-43 Wellcraft Cabin Cruise, VIN No. WELC3975J788, Hull #D0968505) subject of the Court's preliminary order of forfeiture, entered on April 10, 2006. (DE No. 18).

4. Petitioner obtained a Preferred Mortgage of the Vessel executed from the record owner, Judy Miller. The mortgage was recorded on July 20, 2005 with the United States Coast Guard.



5.      Under the terms of the Preferred Mortgage, in the event of default, Petitioner has the right to take possession of the vessel.

6.      The United States agrees to release the vessel in custody of the Immigration and Customs Enforcement, to Petitioner upon the entry of the order approving this stipulation and upon the Immigration and Customs Enforcement receipt of a check payable to EG & G Services for the amount due and owing ($6,800.50 as of May 15, 2006), for storage cost and expenses incurred by the Immigration and Customs Enforcement since their seizure of the vessel.

7.      Except for the enforcement of this Stipulation, Petitioner Key Bank National Association waves any and all claims and causes of action it has, had or will ever have against the United States, its agencies, agents and employees, relating in any way to the vessel, subject of this stipulation, the investigation, seizure of the vessel.

8.      Upon the Immigration and Customs Enforcement is receipt of the payment described in paragraph 6 of this order, Key Bank National Association will be dismissed as a party to this action and have no further participation.

**DONE and ORDERED** this ___9___ day of May, 2006, at Miami Dade County, Florida.

URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE

cc:     AUSA William H. Beckerleg
        Barbara Ehrich Locke, Esq.
        United States Marshals Service