UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60046-CR-UNGARO-BENAGES

UNITED STATES OF AMERICA,

     Plaintiff,

v.

MICHAEL REED,

     Defendant.

_____/

NIGH:
FILED

MAY 2 5 2006

CLARENCE
CLERK, USDC

## <u>NOTICE OF FILING IN CONSIDERATION OF SENTENCING</u>

Defendant Michael Reed, through counsel, respectfully submits the attached letters in

consideration of sentencing.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

BY: _____
Chantel Doakes
Federal Bar No. A5500578
1 East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Tel: (954) 356-7436
Fax: (954) 356-7556
Email: *Chantel_Doakes@fd.org*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been mailed to Terry Thompson, Assistant United States Attorney, 500 East Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394, and Orlando Burgos, United States Probation Officer, 300 N.E. 1st Avenue, Ste. 315, Miami, Florida 33132 this 25th day May, 2006.

By: _____
Chantel Doakes

C:\Documents and Settings\Gutierrez\Local Settings\Temp\notes6030C8\Ltrs.sup.sen.wpd

2

## FAXBACK SERVICE LIST

Chantel Doakes, Esq.
Assistant Federal Public Defender
One E. Broward Blvd, Suite 1100
Ft. Lauderdale, FL 33301
Tel: (954)356-74356
Fax: (954) 356-7556

Terry Thompson
Assistant United States Attorney
500 East Broward Blvd.
7th Floor
Fort Lauderdale, Florida 33394
Tel: (954)660-5696
Fax: (954) 356-7336

May 23-06

To WHom it may Concern

I just wont to tell you about my Son Michael
Reed he is good to everybody and he will help
anybody he will give you his Shirt of his back
and no matter if you need him day or night
he is always there for everybody and once
you have him for a friend you will al-
ways have him for a friend Mike has been
like that all his Life and some of his
friends took him for granted but he will
still always be there for them no matter
what. I should know he has been there
for me all the time to take Care of me and
what ever needed to be done for me or arou
the House I always depended on Mike for
everything he was not just a Son to me
but also my friend I don't know how I
will make it with out him. I miss him
very much I have 2 other Son's and I love
them to but they have familie's and they
work all the time so they are not as much
around as Mike be cause Mike was always
with me and he has giving up a lot to
take Care of me and be the Man of the hous
because I could not work at times so he
would take a night job from 2 AM in the
morning and sometimes he would not get off
until 1 or 2 Glock in the afternoon and then

Come home and do things that needed to be done or fixed or he would work with Maloy on Boat Motors until 10 or 11 o'clock at night so he would get very little sleep but if I had to call him he would always be there for me and wenn he came home he would always check on me no matter what time it was and he always made sure I had something to Drink at night so if I had to take my Medicen I would have it beside me and sometimes I did not feel like eating and he would make me eat anyway and if I realy did not wont to get out of Bed he would get me Up and get me into the Shower and help me get dressed I have a lot of problems with my Kidney and I have spasmatic Stomach and Colon and Renial Colic Spasem's with my Kidney and wenn I cant eat and keep it down I have to have Supposatories befor I can keep anything down and I would pass out fer ore I could say anything to any body they called them panic Attack's Mike was always there for me, I just hope and pray that you will see and understand that Mike is a good Son a great Brother and a great Onkel and a great friend to a lot of people.          Thank you so very much
                    Michael Reid's Mother

Fax No 954 - 356 - 7556        May 23 - 06

To Whom it may Concern

This is a list of all my Medicen and my Son's pay for them but mostly Mike. he would sell or Pawn anything he own's to make sure I had my Medicen every day and the Dr Visit is 80.00 Dollars a month

Sulfamethoxazole/TMP-DS take one every 12 HRS it is for Infection for my Kidney and I have to take them all the time

Morphine 60mg - take one every 8 HRS

Cimetidine 400mg take one twice a day

Diazepam 10 mg take one twice a day

Aidinium/CDP take one 3 times a day

Promethasine 25mg take one every 6 HRS as needed

Metoclopramide 5mg take two times day

Zoloft 50mg ~~take as needed~~

Furosemide 40mg one ~~Tab every~~ day

PHenegan Supp. as needed

Xanax 10mg Twice a day or as needed

I dont get no help from the State or SS

I have a Malroatet Kidney and there are Kidney Stones and a Mass of Tumors behind it. I went thru 9 Lacer Treatment to break up the Stones with out Luck that is wy I have to take Pill's all the time because I keep a Infection and Blood in my Urine if I dont take the Pill's for Infection I could become Septic and it could goo into my Bloodstream

May 13, 06

To Whom it May Concern,

This letter is being written in regards to the character of Michael Reed. We are writing this because we feel someone needs to know that Michael has always been the type of person who would go out of his way to help everyone he knew. Since he was a small boy, he always tried to befriend the other children who would get picked on, and would give belongings up his own to them if they did not have. This sort of personality followed him through his teen years and into adulthood. He never got into much trouble throughout his life. What most parents have to go through with their children, his mom never had to worry about with Michael. If Michael knew it was wrong he would never consider doing it. When our children were growing up and going through their teenage years, Michael always would give them advice not to give in to peer pressure. They always looked up to him.

To know this is happening

to a person who would never even consider "littering" is just shocking. Michael has always been there for us and our family. If we ever needed anything at all he would drop everything to come help us. He would give the shirt off his back, even if it was the only shirt he had. Michael is a very special part of our family and we can't imagine life without him.

Thank You,

Larry & Lori Reed

To whom it may concern

I Robert S. REED whould like to write you and let you know what kind of person my brother is. He is a very kind and loving person. He also trys to help others as much as he can. My brother MIKE has made some bad mistakes and some poor decisions in his life. But he is a very good person.

My Brother always makes things better for our family by being the back bone and trying to hold everything together. He has always been there for me and my mom. He has also helped us a through some tough times.

I know that my brother has made a very bad judgement call and he is very sorry for what he has done. I love my brother with all my heart and I whould hate to see him behind bars. I also know it will be very hard on all of the family while he ~~is~~ is in prison because he is the glue to the foundation to our family.

Robert REED

TO: The Judge of Micheal Reed

My name is Jenna Reed The wife of Robert Reed and brother of Micheal Reed. I am writing to you in hopes of voicing my humble opinion of my brother inlaw. A charactor refference letter if you will.

This is Micheals Second offense. He truely learned from his misteak and moved on the better for it. He went Some years, then I believe he slipped and had a lapse of judgement. Micheal is in a deep rut of guilt. My Mother in-law, his beloved mother has severe kidney problems. She has been on a long list of meds for Some time.

His mothers illness has made him come to realize Something.

He now may have to face his mothers possible passing and not be able to attend.

This has hit Micheal like a brick wall in the face. I truely feel that micheal has come to regrett his poor decision to break the law.

Thank you for taking the time to hear my thoughts and fears on the matter.

Yours truely

Juma Reed

To Whom it may concern

Reference: Michael Reed

This letter is in reference to the kind of person my uncle is. First of all, he was always there when I needed anything no matter what it was or what time it was all I had to do was call him and he would be right there even if for example it was a 3 1/2 hour drive when I lived in melbourne he was there. I am the only niece he has & he always protected me. Whether it was protecting me from hearing things I didnt need to hear when I was young, jumping in the pool to save me from drowning when I was young or from my abusive boyfriend in the past. I have the most respect for my uncle Mike because he has always respected me & my decisions. I miss him dearly and wish he was here. I am six months pregnant and don't want him to miss his great nephew grow up. I want my son to have the luxury of knowing his great uncle + to have his protection and reliability. my uncle has never done a drug a day in his life, he has always been against them I know this because

I have heard hours upon end of lecturing from him, not only about drugs, but about cigarettes and lifetime lessons about everything. Please take this letter into consideration. my uncle is not a criminal and does not belong there. Thank-you

Sincerely,

Amanda Reed