

FILING FEE
PAID _____
In Forma
Pauperis _____
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-60046-CR-UNGARO-BENAGES



FILED BY _____ D.C.

2006 JUN -8 AM 7: 55

CLARENCE ...
... U.S. ...
... OF FLA. ...

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL REED,

    Defendant.

_____/

REC'D by _____ D.C.
APPEAL

JUN - 8 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF APPEAL

    Notice is hereby given that Michael Reed, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 31st day of May, 2006.

                    Respectfully submitted,

                    KATHLEEN M. WILLIAMS
                    Federal Public Defender

By:     _____
                    Chantel R. Doakes
                    Assistant Federal Public Defender
                    Federal Bar No. A5500578
                    1 East Broward Blvd, Suite 1100
                    Fort Lauderdale, Florida 33301
                    (954) 356-7436
                    (954) 356-7556

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by mail this 7th day of June, 2006, to Anne Schultz, Assistant United States Attorney, Chief of Appellate Division, 99 N.E. 4th Street, Miami, Florida  33132.

Chantel R. Doakes