FILED by _____ D.C.
APPEALS

JUL 0 5 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      ) Case No.
                               ) 06-60046-Cr-UNGARO-BENAGES
              Plaintiff,       )
                               )
         -v-                   )
                               )
MICHAEL REED,                  )
                               ) Miami, Florida
              Defendant.       ) March 22, 2006
_____) 9:40 a.m.


Pages 1-12

TRANSCRIPT OF PLEA COLLOQUY

BEFORE THE HONORABLE URSULA UNGARO-BENAGES

U.S. DISTRICT JUDGE


APPEARANCES:

For the Government          ROBIN WAUGH
                            Assistant U. S. Attorney
                            500 East Broward Boulevard - 7th Floor
                            Fort Lauderdale, Florida  33301-3002


For the Defendant           CHANTEL DOAKES
                            Assistant Federal Public Defender
                            1 East Broward Boulevard - Suite 1100
                            Fort Lauderdale, Florida  33301


Reporter                    WILLIAM G. ROMANISHIN, RMR-CRR
(305) 523-5558              Official Court Reporter
                            1104 Federal Courthouse Square
                            301 North Miami Avenue
                            Miami, Florida  33128

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT