FILED by _____ 1 D.C.
APPEALS

JUL 0 5 2006

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. · MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,       ) Case No.
                                ) 06-60046-Cr-UNGARO-BENAGES
                Plaintiff,      )
                                )
        -v-                     )
                                )
MICHAEL REED,                   )
                                ) Miami, Florida
                Defendant.      ) May 31, 2006
_____) 2:40 p.m.

Pages 1-12

TRANSCRIPT OF SENTENCING PROCEEDINGS

BEFORE THE HONORABLE URSULA UNGARO-BENAGES

U.S. DISTRICT JUDGE

APPEARANCES:

For the Government        ROBIN WAUGH
                          Assistant U. S. Attorney
                          500 East Broward Boulevard - 7th Floor
                          Fort Lauderdale, Florida   33301-3002


For the Defendant         CHANTEL DOAKES
                          Assistant Federal Public Defender
                          1 East Broward Boulevard - Suite 1100
                          Fort Lauderdale, Florida   33301


Reporter                  WILLIAM G. ROMANISHIN, RMR-CRR
(305) 523-5558            Official Court Reporter
                          1104 Federal Courthouse Square
                          301 North Miami Avenue
                          Miami, Florida   33128

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT