UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

**Date:**    7/24/2006

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

**IN RE:**    District Court No:   06-60046-CR   - UUB

U.S.C.A. No:    06-13373-I

Style:    USA V. MICHAEL REED

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    1 **Volume(s) of pleadings**

    2 **Volume(s) of Transcripts**

    X **Exhibits:**    0 **boxes;**        0 **folders;**

                1 **envelopes;**      1 **PSIs (sealed)**

            ☑ **other:**   1 SEALED ENVELOPE CONTAINING PSI REPORT

            ☐ **other:**

        **Other:**

        **Other:**

Sincerely,
Clarence Maddox,   Clerk of Court

By:

Deputy Clerk

**Attachment**
c: court file

S/F A-15
Rev. 10/94

301 N. Miami Avenue
Miami, Fl 33128-7788
305-523-5080

299 E.  Broward Boulevard
Ft. Lauderdale, Fl 33301
954-769-5413

701 Clematis Street
West Palm Beach, Fl 33401
561-803-3408

JJO        CLOSED
APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 06-CR-60046-ALL

USA v. Reed                                                    Filed: 02/16/06

Other Dkt # 0:06-m -06050

Case Assigned to:  Judge Ursula Ungaro-Benages

MICHAEL REED (1) , DOB 7/19/73          Chantel Doakes
57486-004                                 [term   05/31/06]
     defendant                          FTS 356-7556
 [term   05/31/06]                      [COR LD NTC pda]
                                        Federal Public Defender's
                                        Office
                                        1 E Broward Boulevard
                                        Suite 1100
                                        Fort Lauderdale, FL 33301
                                        954-356-7436


Pending Counts:                              Disposition

21:960B=ND.F POSSESSION WITH         IMPRISONMENT for a term of 188
INTENT TO DISTRIBUTE A               months; SUPERVISED RELEASE
CONTROLLED SUBSTANCE                 for a term of 5 years; TOTAL
CONTAINING A DETECTABLE AMOUNT       ASSESSMENT in the amount of
OF       COCAINE                     $100.00; TOTAL FINE in the
(1)                                  amount of $2,500.00
                                     (1)


Offense Level (opening): 4


Terminated Counts:

   NONE



Complaints                           Disposition .   ˙ ˙

Defendant did knowingly and
intentionally possess with
intent to distribute a
controlled substance, which
consisted of five (5)
kilograms or more of a mixture
and       substance containing a

Docket as of July 24, 2006 10:30 am                  Page 1

certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida

By Martha D Fabon
Deputy Clerk
Date 7 24 06

```
Proceedings include all events.                                    JJO
0:06cr60046-ALL USA v. Reed                              CLOSED APPEAL

detectable amount of cocaine
in        violation of 46 USC
1903 and 21 USC 960
[ 0:06-m -6050 ]



=========================

Case Assigned to:  Judge Ursula Ungaro-Benages

KEYBANK NATIONAL ASSOCIATION        Barbara Ehrich Locke
(2)                                 FTS 789-7799
       Interested Party             305-789-7760
                                    [COR LD NTC]
                                    Cory V. Calmes
                                    FTS 789-7799
                                    [COR LD NTC]
                                    Holland & Knight
                                    701 Brickell Avenue
                                    Suite 3000
                                    Miami, FL 33131
                                    305-374-8500


Pending Counts:

   NONE


Terminated Counts:

   NONE



Complaints:

   NONE


U. S. Attorneys:

   William H. Beckerleg, Jr., AUSA
   FTS 356-7180
   954-356-7314X3614
   [COR LD NTC]
   Robin Waugh-Farretta
   FTS 356-7336
   954-660-5692
   [COR LD NTC]
   United States Attorney's Office
   500 E Broward Boulevard
   7th Floor
```

```
Proceedings include all events.                                    JJO
0:06cr60046-ALL USA v. Reed                              CLOSED APPEAL
```

```
   Fort Lauderdale, FL 33301-3002
   954-356-7255

   PTS Officer
   [COR LD NTC]
   Pretrial Services Office
   101 NE 3rd Avenue
   Suite 200
   Fort Lauderdale, FL 33301
   954-769-5600

   Probation Officer
   FTS 769-5566
   954-769-5500
   [COR LD NTC]
   United States Probation Office
   299 E Broward Boulevard
   Room 409
   Fort Lauderdale, FL 33301-1865
   954-769-5500
```

Proceedings include all events.                                       JJO
0:06cr60046-ALL USA v. Reed                                    CLOSED APPEAL

2/8/06    --        ARREST of Michael Reed
                    [ 0:06-m -6050 ] (at) [Entry date 02/10/06]

2/9/06    1         CRIMINAL COMPLAINT as to Michael Reed
                    [ 0:06-m -6050 ] (at) [Entry date 02/10/06]

2/9/06    2         REPORT Commencing Criminal Action as to Michael Reed  DOB:
                    7/19/73  Prisoner # 57486-004
                    [ 0:06-m -6050 ] (at) [Entry date 02/10/06]

2/9/06    3         ORDER on Initial Appearance as to Michael Reed, for
                    Appointment of Public Defender Arraignment set for 11:00
                    a.m. on 2/24/06 for Michael Reed before Magistrate Judge
                    Lurana S. Snow, , (Signed by Magistrate Judge Lurana
                    S. Snow on 2/9/06) CCAP
                    [ 0:06-m -6050 ] (at) [Entry date 02/10/06]

2/9/06    4         Minutes of Initial Appearance held on 2/9/06 before
                    Magistrate Judge Lurana S. Snow as to Michael Reed;
                    Defendant advised of charges, sworn for counsel. FPD
                    appointed. No bond hrg held. Both sides stipulate to a
                    $500,000 CSB w/Nebbia reserving right to PTD at a later
                    date. Prlim/Arr set for 2/24/06 at 11:00 a.m. before Judge
                    Snow. Court Reporter Name or Tape #: LSS 06-005-644-764
                    [ 0:06-m -6050 ] (at) [Entry date 02/10/06]

2/10/06   5         NOTICE of Assignment of Assistant Public Defender for
                    Michael Reed . Terminated attorney Public Defender for
                    Michael Reed AFPD Chantel Doakes assigned.
                    [ 0:06-m -6050 ] (at) [Entry date 02/14/06]

2/10/06   6         DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                    Michael Reed
                    [ 0:06-m -6050 ] (at) [Entry date 02/14/06]

Begin Vol. 1

2/16/06   7         INDICTMENT as to Michael Reed (1   count(s) 1 (Criminal
                    Category 1) CRIMINAL FORFEITURE. Magistrate Judge John J.
                    O'Sullivan (at) [Entry date 02/17/06]

2/23/06   8         RESPONSE to Standing Discovery Order by USA  as to Michael
                    Reed (mh) [Entry date 02/24/06]

2/24/06   9         Minutes of Arraignment held on 2/24/06 before Magistrate
                    Judge Lurana S. Snow as to Michael Reed; Court Reporter
                    Name or Tape #: 06-008 @ 1255-1230 (ss)
                    [Entry date 02/27/06]

2/24/06   10        ARRAIGNMENT INFORMATION SHEET for Michael Reed (1) count(s)
                    1 NOT GUILTY PLEA ENTERED as to all counts. Court accepts
                    plea. (ss) [Entry date 02/27/06]

Proceedings include all events.
0:06cr60046-ALL USA v. Reed

JJO
CLOSED APPEAL

2/24/06 (11) STANDING DISCOVERY ORDER as to Michael Reed all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Judge Lurana S. Snow on 2/24/06) CCAP (ss) [Entry date 02/27/06]

2/24/06 (12) ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Michael Reed (Signed by Magistrate Judge Lurana S. Snow on 2/24/06) [EOD Date: 2/27/06] CCAP (ss) [Entry date 02/27/06]

**Cont'd Vol .1**

3/3/06 (13) SUPPLEMENTAL RESPONSE to Standing Discovery Order by USA as to Michael Reed (wc) [Entry date 03/06/06]

3/9/06 (14) ORDER as to Michael Reed set Jury trial for 9:00 3/20/06 before Judge Ursula Ungaro-Benages, set calendar call for 1:00 3/15/06 before Judge Ursula Ungaro-Benages ( Signed by Judge Ungaro-Benages on 3/8/06) [EOD Date: 3/10/06] CCAP (wc) [Entry date 03/10/06]

3/21/06 -- Change of Plea Hearing as to Michael Reed held before Judge Ursula Ungaro-Benages (wc) [Entry date 03/23/06]

3/21/06 (15) Minutes of Change of Plea held on 3/21/06 before Judge Ursula Ungaro-Benages as to Michael Reed ; Court Reporter Name or Tape #: (none listed) (wc) [Entry date 03/23/06]

3/21/06 -- PLEA entered by Michael Reed . Court accepts plea. GUILTY: Michael Reed (1) count(s) 1 (wc) [Entry date 03/23/06]

3/22/06 (16) NOTICE of Hearing as to Michael Reed : set Sentencing for 9:30 5/31/06 before Judge Ursula Ungaro-Benages (wc) [Entry date 03/23/06]

4/5/06 (17) MOTION by USA as to Michael Reed for entry of a Preliminary Order of Forfeiture (wc) [Entry date 04/06/06]

4/10/06 (18) PRELIMINARY ORDER OF FORFEITURE as to Michael Reed granting [17-1] motion for entry of a Preliminary Order of Forfeiture ( Signed by Judge Ursula Ungaro-Benages on 4/6/06) [EOD Date: 4/11/06] CCAP (wc) [Entry date 04/11/06]

4/25/06 (19) PETITION by KeyBank National as to Michael Reed asserting an interest in property to be forfeited in response to Preliminary Order of Forfeiture and Request for Ancillary Proceeding (wc) [Entry date 04/26/06]

4/28/06 (20) ORDER OF REFERENCE referring Motion(s) to Magistrate Judge John J. O'Sullivan as to Michael Reed : [19-1] motion asserting an interest in property to be forfeited in response to Preliminary Order of Forfeiture and Request for Ancillary Proceeding ( Signed by Judge Ursula Ungaro-Benages on 4/27/06) [EOD Date: 5/1/06] CCAP (wc) [Entry date 05/01/06]

Proceedings include all events.                                        JJO
0:06cr60046-ALL USA v. Reed                                   CLOSED APPEAL

5/4/06   (21)   ORDER as to Michael Reed Response to motion reset to
                5/15/06 for USA for [19-1] motion asserting an interest in
                property to be forfeited in response to Preliminary Order
                of Forfeiture and Request for Ancillary Proceeding (
                Signed Magistrate Judge John J. O'Sullivan on 5/4/06) [EOD
                Date: 5/5/06] CCAP▓ (wc) [Entry date 05/05/06]  Cont'd Vol.1

5/8/06   (22)   STIPULATION of Settlement and Dismissal of Key Bank
                National Association's Claim by KeyBank National, USA as to
                Michael Reed (wc) [Entry date 05/09/06]

5/9/06   (23)   ORDER as to Michael Reed approving [22-1] stipulation of
                settlement between United States and Key Bank National
                Association [see Order for full details] ( Signed by Judge
                Ursula Ungaro-Benages on 5/9/06) [EOD Date: 5/10/06] CCAP▓
                (wc) [Entry date 05/10/06]

5/15/06  (24)   ORDER as to Michael Reed  denying as moot [19-1] motion
                asserting an interest in property to be forfeited in
                response to Preliminary Order of Forfeiture and Request for
                Ancillary Proceeding ( Signed by Magistrate Judge John J.
                O'Sullivan on 5/15/06) [EOD Date: 5/17/06] CCAP▓ (wc)
                [Entry date 05/17/06]

5/25/06  (25)   NOTICE of filing in consideration of sentencing by Michael
                Reed (bb)  [Entry date 05/26/06]

5/25/06  (26)   OBJECTION by Michael Reed  to Presentence Investigation
                Report And Sentencing Memorandum  as to Michael Reed (mh)
                [Entry date 05/26/06]

5/31/06  --     Sentencing  held  before Judge Ursula Ungaro-Benages
                Michael Reed (1) count(s) 1 (bb) [Entry date 06/01/06]

5/31/06  (27)   Minutes of Sentencing held on 5/31/06  before Judge Ursula
                Ungaro-Benages as to Michael Reed ;  Court Reporter Name or
                Tape #: William Romanishin (bb) [Entry date 06/01/06]

5/31/06  (28)   JUDGMENT as to  Michael Reed (1) count(s) 1  IMPRISONMENT
                for a term of 188 months; SUPERVISED RELEASE for a term of
                5 years; TOTAL ASSESSMENT in the amount of $100.00; TOTAL
                FINE in the amount of $2,500.00  ( Signed by Judge Ursula
                Ungaro-Benages on 5/31/06) [EOD Date: 6/1/06]  CCAP (bb)
                [Entry date 06/01/06]

6/8/06   (29)   NOTICE OF APPEAL by Michael Reed re: [28-1] judgment order
                EOD Date: 6/1/06; Michael Reed (1) count(s) 1;  Filing Fee:
                $ (FEE NOT REQUIRED AFPD) Copies to USCA, AUSA, USM, USPO
                and Counsel of Record. (nc) [Entry date 06/09/06]

6/9/06   --     Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Michael Reed [29-1] appeal (nc)
                [Entry date 06/09/06]

Proceedings include all events.
0:06cr60046-ALL USA v. Reed

JJO
CLOSED APPEAL

6/15/06  (30)   TRANSCRIPT INFORMATION FORM as to Michael Reed  re: [29-1]
                appeal  received on 6/15/06 from Court Reporter. (Returned
                to Court Reporter Coordinator) (nc) [Entry date 06/16/06]
                *Cont'd Vol. 1*

6/22/06  (31)   NOTICE of Receipt of Notice of Appeal Transmittal Letter
                from USCA  on 6/15/06 as to Michael Reed  Re: [29-1] appeal
                USCA Number: 06-13373-I (nc) [Entry date 06/22/06]

7/5/06   (32)   Acknowledgement of Transcript Information Form as to Michael
                Reed re: [29-1] appeal by Michael Reed Transcript of: Plea,
                Sentence held 3/22/06, 5/31/06 Transcript due on: 7/5/06 for
                Michael Reed ; Court Reporter name: William Romanishin (hh)
                [Entry date 07/06/06] [Edit date 07/06/06]

7/5/06    33    TRANSCRIPT filed as to Michael Reed  of Plea Colloquy held
                3/22/06  before Judge Ursula Ungaro-Benages  Pages: 1-12
                re: [29-1] appeal . (hh) [Entry date 07/06/06]    *Vol. 2*

7/5/06    34    TRANSCRIPT filed as to Michael Reed  of Sentencing
                Proceedings held 5/31/06  before Judge Ursula
                Ungaro-Benages  Pages: 1-12  re: [29-1] appeal . (hh) *Vol. 3*
                [Entry date 07/06/06]

7/5/06   (35)   Transcript Information Form as to Michael Reed for
                Transcript of: Plea, Sentence held 3/22/06, 5/31/06 filed
                re: [29-1] appeal  by Michael Reed (hh)
                [Entry date 07/06/06]    *End Vol. 1*

# U.S.D.C. CASE #  06-60046-CR

# U.S.C.A. CASE #  06-13373-I

**This Record on Appeal also contains a sealed Pre-Sentence Report/PSI for the following defendant(s):**

**MICHAEL REED**