FILED by _____ D.C.
RECORDS

FEB 2 0 2007

CLARENCE MADDOX
CLERK U.S. DIST· CT.
S.D. OF FLA. - MIAMI

Clarence Maddox
Clerk, U.S. District Court
301 N MIAMI AVE STE 150
MIAMI FL 33128-7788

January 24, 2007

REC'D by _____
APPEAL

FEB 2 ? 2007

CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. MIA...

**Appeal Number: 06-13373-II**
Case Style: USA v. Michael Reed
District Court Number:  06-60046 CR-UUB

TO:   Clarence Maddox

CC:   Kathleen M. Williams

CC:   Chantel R. Doakes

CC:   Anne R. Schultz

CC:   Emily Smachetti

CC:   Brent Tantillo

CC:   Administrative File