IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA
IN THE MIAMI DIVISION

FILED by ___PG___ D.C.

DEC 3 0 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

UNITED STATES OF AMERICA

    PLAINTIFF,

        V.                CASE NO. 06-60046-CR-UUB

MICHAEL REED,

    DEFENDANT.
_____/

MOTION FOR RELIEF UNDER USSG AMENDMENT 782

COMES NOW the Defendant, and files this motion and says:

1. Defendant believes that he is entitled to relief under the recent amendment to the United States Sentencing Guidelines.

2. He was sentenced to 188 months for vilation of 46 U.S.C. APP §1903(A) & (G), and for 21 U.S.C. §960(B)(1)(b).

3. Defendant is unskilled in the law and seeks appointment of counsel.

WHEREFORE, Defendant respectfully asks this Court to enter an order as follows:

A. Appointing his counsel to pursue any and all relief to which he is entitled.

B. Recalculating his sentence pursuant to USSG Amendment 782 (Drugs minus 2).

C. Entering a new Judgment and Commitment reflecting any reduction to which he is entitled by law.

MICHAEL REED, Defendant Pro Se
BOP# 5 748 C - 004
Federal Prison Camp
Manchester, KY 40962

CERTIFICATE OF SERVICE

I have mailed a copy of this motion to the United States Attorney's Office, on the ___22___ day of December, 2014.

Michael Reed

⇔57486-004 ⇨

Michael Reed
Unit O-A Federal Correctionalinstituion
Camp Po Box 4000
Manchester, KY 40962
United States

**USMS
INSPECTED**

KNOXVILLE TN 37

22 DEC 2014 PM 3 L

**RECEIVED**




11:16 AM

⇔**57486-004**⇔
Clerk Of Court Us District
400 N Miami AVE
13th Floor
Miami, FL 33128
United States

33128771699