AO 247 (Rev.  11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Michael Reed | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No:    0:06-cr-60046-UU

USM No:    57486-004

Date of Original Judgment:          5/31/2006

Date of Previous Amended Judgment:  1/2/2007          N/A

*(Use Date of Last Amended Judgment if Any)*          *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.    ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of          188          months **is reduced to**          151 months          .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated          1/2/2007          shall remain in effect.

**IT IS SO ORDERED**.

Order Date:          3/12/2015

*Judge's signature*

Effective Date:          11/1/2015          URSULA UNGARO, U.S. DISTRICT JUDGE

*(if different from order date)*          *Printed name and title*