PROB 12B                                                    SD/FL PACTS No. 87749
(SD/FL 9/96)

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 06-60046-CR-UU

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Michael Reed

Name of Sentencing Judicial Officer: The Honorable Ursula Ungaro United States District Judge, Miami, Florida

Date of Original Sentence:  May 31, 2006

| | |
|---|---|
| Original Offense: | Count One: Possession with intent to distribute five kilograms or more of cocaine on board a vessel, 21 U.S.C. § 960, a Class A felony |
| Original Sentence: | One hundred and eighty eight months custody of Bureau of Prisons, followed by five years of supervised release, $100.00 special assessment, and a fine in the amount of $2,500.00. Special Conditions imposed: The defendant shall 1) not apply for solicit, or incur any further debt, 2) maintain full-time legitimate employment and not be unemployed for a term of more than 30 days, 3) obtain prior written approval from the Court before entering into any self-employment. |

January 2, 2007: The Judgment in a Criminal Case was corrected to reflect the corrected Title and Section number, 46 U.S.C. App 1903(a) and (g) and 21 U.S.C. 960(b)(1)(B).

March 12, 2015: The defendant's request for a sentence reduction was granted and reduced to 151 months. All provisions of the judgment dated January 2, 2007, shall remain in effect.

Type of Supervision:  Supervised Release     Date Supervision Commenced:  July 26, 2016

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ years, for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

**Rescind the condition which states: "The defendant shall not apply for, solicit, or incur any further debt, included but not limited to loans or lines of credit, either as principal, co-signer or guarantor, as directly or through any related entity or organization, without first obtaining permission from the Court."**

PROB 12B
(SD/FL 9/96)

SD/FL PACTS No. 87749

## CAUSE

On July 26, 2016, the defendant was released from the Bureau of Prisons and began his term of supervised release in the Middle District of Florida. U.S. Probation Officer Maxwell reports the defendant has been employed with Allen Site Development, Inc., located at 1300 NW 19th Court, Florida, since November 2, 2016. The defendant earns approximately $1,733.33, per month at this employment.

On April 12, 2017, the defendant inquired as to the possibility of obtaining permission to purchase and finance a vehicle. He reports he currently uses his mother's vehicle, however, due to her health problems and numerous medical appointments throughout the week; it impacts his ability to travel as needed for employment purposes. The defendant advised if he was approved, he would be looking to purchase a pre-owned vehicle ranging from the years 2002 to 2005. He stated his total allotment for purchase is between $10,000 to $15,000. Furthermore, the defendant advised his father is willing to assist him with a down payment. However, the actual down payment amount is not known at this time.

On June 5, 2017, a credit report revealed the defendant has not applied for, solicited, or incurred any further debt. The defendant is considered to be compliant with his special condition. The defendant has satisfied his $100.00 special assessment, his $2,500.00 fine, and has no outstanding financial obligations.

United States Probation Officer Jason Maxwell from the Middle District of Florida is respectfully requesting that the Court be notified of the defendant's request to finance and purchase a vehicle within his reported budget of no more than $15,000.00 and the condition of no new credit be rescinded as all financial obligations have been satisfied.

**Recommendation:** It is respectfully recommended the Court rescind the condition which states "The defendant shall not apply for, solicit, or incur any further debt, included but not limited to loans or lines of credit, either as principal, co-signer or guarantor, as directly or through any related entity or organization, without first obtaining permission from the Court", and allow the defendant the opportunity to finance and purchase his own vehicle.

Respectfully submitted,

by: _____

Mailin Perez
Jul 7 2017 1:48 PM

Mailin Perez
United States Probation Officer
Office:  305-512-1838
Cellular:  786-351-0511
Date:  July 7, 2017

Robion Roberta Loronto
Jul 7 2017 1:36 PM

THE COURT ORDERS:

- ☐  No Action
- ☒  The Modification of Conditions as Noted Above
- ☐  Submit a Request for ☐ Warrant or ☐ Summons

_____
Signature of Judicial Officer

_____
7/13/17
Date