PROB 35
(SDFL Rev. 3/18)

SD/FL PACTS No. 87749

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL REED

Docket No. 06-CR-60046-UNGARO

On January 25, 2017, the above named commenced supervised release for a period of 5 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Jimmy Navarro
Aug 22 2019 3:42 PM

Jim Navarro, U.S. Probation Officer

## ORDER OF COURT

This Cause came before the Court to terminate supervised release, the Court has considered the motion, the responses, the record and the relevant factors, pursuant to 18 USC § 3553(a). It is ORDERED and ADJUDGED that said motion to terminate supervised release/probation is GRANTED as it is warranted by the conduct and in the interest of justice.

Dated this ____10____ day of ____Sept____, 20 _19_.

The Honorable Ursula Ungaro, United States District Judge